UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIRIZAK ADEN FARAH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JANET NAPOLITANO, ET AL.,<br><br>　　　　　Respondents. | CASE NO. CV 11-8349-JSL (PJW)<br><br><br>JUDGMENT |

The matter having been rendered moot by the removal of Petitioner from the United States, it is hereby adjudged that the Petition be DISMISSED.

DATED: May 4, 2012.

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\FARAH, A 8349\Judgment.wpd