UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ABDIRIZAK ADEN FARAH,            )   CASE NO. CV 11-8349-JSL (PJW)
                                 )
                Petitioner,      )
                                 )
        v.                       )   J U D G M E N T
                                 )
JANET NAPOLITANO, ET AL.,        )
                                 )
                Respondents.     )
                                 )
_____  )

        The matter having been rendered moot by the removal of Petitioner from the United States, it is hereby adjudged that the Petition be DISMISSED.

        DATED:   May 4, 2012 .


                                        Spencer Letts

                                        J. SPENCER LETTS
                                        UNITED STATES DISTRICT JUDGE



S:\PJW\Cases-Federal Habeas\FARAH, A 8349\Judgment.wpd